**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   In re Artis Charles Harrell

Appellate case number:   01-20-00236-CV

Trial court case number:   2018-30865

Trial court:   190th District Court of Harris County

Relator, Artis Charles Harrell, has filed a motion requesting that this Court provide its reasoning for denying his petition for writ of mandamus. Relator asserts that Texas Rule of Appellate Procedure 47.4 requires the court to provide its basic reasons for denying his petition. *See* TEX. R. APP. P. 47.4 ("If the issues are settled, the court should write a brief memorandum opinion no longer than necessary to advise the parties of the court's decision and the basic reasons for it."). But Rule 47.4 only applies to memorandum opinions issued in appeals. Relator's petition for writ of mandamus is not an appeal; instead, it is an original proceeding governed by Texas Rule of Appellate Procedure 52. In original proceedings, courts of appeals are not required to provide their reasoning for denying relief. *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."). Accordingly, the motion is **DENIED**.

It is so ORDERED.

Judge's signature:   __/s/ Gordon Goodman__
                                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman

Date:   __May 5, 2020__